APPEAL No. 1352. Town of Lincoln v. Arthur Cournoyer. Motion of appellee to dismiss appeal denied. Motion of appellee for special assignment is denied. *Harry W. Asquith,* Town Solicitor of Lincoln, for appellee. *Aram K. Berberian,* for appellant.

June 3, 1971.

M. P. No. 1434. William Roberts v. Charlene Roberts. Motion for leave to file petition for writ of certiorari granted. Motion for stay of Family Court order is denied. *Pasco Gasbarro, Jr., Joseph F. Dugan,* Rhode Island Legal Services, Inc., for petitioner. *Hinckley, Allen, Salisbury & Parsons, Michael P. DeFanti,* for respondent.

M. P. No. 1438. A. C. Beals Company, Inc. v. Rhode Island Hospital v. The Babcock & Wilcox Company. Motion of third-party defendant for leave to file petition for certiorari granted. *Jordan, Hanson & Curran, A. Lauriston Parks,* for plaintiff. *Edwards & Angell, Stephen A. Fanning, Jr., Paul F. Greene,* for Rhode Island Hospital, defendant. *Higgins, Cavanagh & Cooney, Joseph V. Cavanagh,* for The Babcock & Wilcox Company, third-party defendant.

M. P. No. 1440. Albert F. Smiley v. Town Council of North Kingstown. Motion for leave to file petition for writ of certiorari denied. Joslin, J., not participating. *Tillinghast, Collins & Graham, Edward J. Regan,* for petitioner. *Richard B. Carpenter,* Town Solicitor, for respondent.

M. P. No. 1441. Nicholas A. Palmigiano v. Francis A. Howard, *Warden.* Respondent directed to file answer to petition for habeas corpus and *show cause,* if any he has, why writ should not issue as prayed, answer to comply with Provisional Order No. 7. *Nicholas A. Palmigiano,* petitioner, pro se. *Richard J. Israel,* Attorney General, for respondent.